**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                        **4:08CR00217-04 WRW**

**DAVID IGNACIO MONTIJO-ISLAVA**

## <u>ORDER</u>

The United States' Motion to Dismiss Without Prejudice (Doc. No. 238) is GRANTED.

The case is DISMISSED WITHOUT PREJUDICE as to defendant David Ignacio Montijo-Islava only.

IT IS SO ORDERED this 8th day of July, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE